UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **JARED DIAZ** | **CIVIL ACTION** |
| **VERSUS** | **NO. 24-0325** |
| **TRAVIS DAY** | **SECTION "H"(4)** |

### ORDER AND REASONS

Pending before the Court is plaintiff Jared Diaz's (Diaz) **Motion for Reconsideration (ECF No. 4)**. On February 5, 2024, Diaz filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 challenging his state conviction for human trafficking. ECF No. 1 at 1. Upon filing, Diaz also filed a motion for leave for proceed *in forma pauperis*. ECF No. 2. On February 8, 2025, the undersigned denied Diaz's motion to proceed as a pauper due to Diaz having sufficient funds to pay the five-dollar filing fee. ECF No. 3 at 1.

In his motion, Diaz asserts that he received notice that he did not pay the five-dollar filing fee. ECF No. 4 at 1. Diaz states in February of 2024, he made a withdrawal request at the facility to pay the fee. *Id*. Attached to his motion, Diaz filed a statement of account sheet that indicates a withdrawal was made on February 15, 2025, for legal postage in the amount of five dollars. ECF No. 4-1 at 3. However, as of the date of this order, the Court has yet to receive the five-dollar filing fee from Diaz. Thus, the case should remain closed until Diaz pays the five-dollar filing fee or submits a new motion for leave to proceed *in forma pauperis*[1]. Accordingly,

**IT IS ORDERED** that plaintiff Jared Diaz's **Motion for Reconsideration (ECF No. 4)** is **DENIED WITHOUT PREJUDICE** for his failure to either pay the five-dollar filing fee or

---

[1] Any new motion for leave to proceed *in forma pauperis* must be submitted on the appropriate form, including the certified statement of account section authored by an authorized individual at the facility indicating that Diaz's current account balance is less than five dollars.

submit a new application to proceed *in forma pauperis* indicating plaintiff does not have sufficient funds to pay the filing fee.

New Orleans, Louisiana, this 23rd day of September, 2025.

_____
KAREN WELLS ROBY
CHIEF UNITED STATES MAGISTRATE JUDGE